FILED
MURRAY COUNTY, OKLAHOMA
JAN 1 8 2022
Jodi Jennings, Court Clerk
By_____ Deputy

IN THE DISTRICT COURT OF MURRAY COUNTY
STATE OF OKLAHOMA

| | |
|---|---|
| 1. ALFRED D. PHELPS III, ) | |
| ) | |
| Plaintiff, ) | Case No. CJ-2022- |
| ) | |
| v.  v. ) | JURY TRIAL DEMANDED |
| ) | ATTORNEY LIEN CLAIMED |
| 1. KERR MACHINE CO., d/b/a ) | |
| Kerr Pumps and Flow Valve ) | |
| ) | |
| Defendant. ) | |

## ENTRY OF APPEARANCE

**COMES NOW** Mark Hammons of Hammons Hurst & Associates, hereby enters his appearance as an attorney for the Plaintiff in the above captioned action. I certify that I am admitted to practice in this Court.

**RESPECTFULLY SUBMITTED THIS 13th DAY OF JANUARY 2022**

HAMMONS HURST & ASSOCIATES

_____
Mark Hammons, OBA No. 3784
325 Dean A. McGee Avenue
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-6100
Facsimile: (405) 235-6111
Email: taylor@hammonslaw.com
*Counsel for Plaintiff*

**Exhibit 2**

**FILED**
MURRAY COUNTY, OKLAHOMA

JAN 1 8 2022

Jodi Jennings, Court Clerk
By_____ Deputy

## IN THE DISTRICT COURT OF MURRAY COUNTY
## STATE OF OKLAHOMA

| | |
|---|---|
| 1. ALFRED D. PHELPS III, | ) |
| Plaintiff, | ) Case No. CJ-2022-1 |
| v. v. | ) JURY TRIAL DEMANDED |
| | ) ATTORNEY LIEN CLAIMED |
| 1. KERR MACHINE CO., d/b/a Kerr Pumps and Flow Valve | ) |
| Defendant. | ) |

### ENTRY OF APPEARANCE

**COMES NOW** Amber L. Hurst of Hammons Hurst & Associates, hereby enters her appearance as an attorney for the Plaintiff in the above captioned action. I certify that I am admitted to practice in this Court.

**RESPECTFULLY SUBMITTED THIS** 13th **DAY OF JANUARY 2022**

HAMMONS HURST & ASSOCIATES

_____
Amber L. Hurst, OBA No. 21231
325 Dean A. McGee Avenue
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-6100
Facsimile: (405) 235-6111
Email: amber@hammonslaw.com
*Counsel for Plaintiff*

FILED
MURRAY COUNTY, OKLAHOMA

IN THE DISTRICT COURT OF MURRAY COUNTY    JAN 18 2022
STATE OF OKLAHOMA

Jodi Jennings, Court Clerk
By_____ Deputy

| | |
|---|---|
| 1. ALFRED D. PHELPS III, | ) |
| Plaintiff, | ) Case No. CJ-2022- |
| v.  v. | ) JURY TRIAL DEMANDED |
| | ) ATTORNEY LIEN CLAIMED |
| 1. KERR MACHINE CO., d/b/a Kerr Pumps and Flow Valve | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

**COMES NOW** Brandon D. Roberts of Hammons Hurst & Associates, hereby enters his appearance as an attorney for the Plaintiff in the above captioned action. I certify that I am admitted to practice in this Court.

**RESPECTFULLY SUBMITTED THIS** 13th **DAY OF JANUARY 2022**

HAMMONS HURST & ASSOCIATES

_____
Brandon D. Roberts, OBA No. 34012
325 Dean A. McGee Avenue
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-6100
Facsimile: (405) 235-6111
Email: brandon@hammonslaw.com
*Counsel for Plaintiff*