FILED
MURRAY COUNTY, OKLAHOMA

FEB 0 7 2022

Jodi Jennings, Court Clerk
By_____ Deputy

IN THE DISTRICT OF MURRAY COUNTY
STATE OF OKLAHOMA

1. ALFRED D. PHELPS III,       )
                               )
       Plaintiff,              )   Case No. CJ-2022-1
                               )
v.                             )   JURY TRIAL DEMANDED
                               )   ATTORNEY LIEN CLAIMED
1. KERR MACHINE CO., d/b/a     )
   Kerr Pumps and Flow Valve   )
                               )
       Defendant.              )

## RETURN OF SERVICE

[Certified mail return receipt card]

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Kerr Machine Co., d/b/a Kerr Pumps
and Flow Valve
c/o Eddie L. Nowell
2211 W 14th St.
Sulphur, Oklahoma 73086

9590 9402 6373 0303 1745 00

2. Article Number (Transfer from service label)
7021 0350 0001 0399 5771

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X DB ROOS 1-19       ☐ Agent
                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
BB ROOS 1-19                     1-28-22

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053        Domestic Return Receipt

1

**Exhibit 3**

## IN THE DISTRICT COURT OF MURRAY COUNTY
## STATE OF OKLAHOMA

| | |
|---|---|
| 1. ALFRED D. PHELPS III,<br><br>　　　　　Plaintiff,<br><br>v.　v.<br><br>1. KERR MACHINE CO., d/b/a<br>　　Kerr Pumps and Flow Valve<br><br>　　　　　Defendant. | )<br>)<br>)　Case No. CJ-2022- 1<br>)<br>)　JURY TRIAL DEMANDED<br>)　ATTORNEY LIEN CLAIMED<br>)<br>)<br>)　**Issued**<br>)<br>) |

### SUMMONS

JAN 1 8 2022

Jodi Jennings, Court Clerk
_____ Deputy

To:　Kerr Machine Co., d/b/a Kerr Pumps and Flow Valve
　　　c/o Eddie L Nowell
　　　2214 W 14th St.
　　　Sulphur, Oklahoma 73086

　　　You have been sued by the above-named Plaintiff, and you are directed to file a written answer to the attached petition in the court at the above address within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the Plaintiff.
　　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the petition. You also must file your answer or motion with the court.

ISSUED THIS 18th DAY OF JANUARY 2022

MURRAY COUNTY COURT CLERK

By: _Kelli Brassfield_
　　Deputy Court Clerk

Attorneys for Plaintiff:

Brandon D. Roberts, OBA #34012
HAMMONS, HURST, & ASSOC.
325 Dean A. McGee Avenue
Oklahoma City, Oklahoma 73102
(405) 235-6100; (405) 235-6111 (fax)

This summons was served on 1/28/22 by _Ashley Chartney_
　　　　　　　　　　　　　　　　　　　　Signature of person serving summons

**YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.**