**FILED**
MURRAY COUNTY, OKLAHOMA

IN THE DISTRICT COURT OF MURRAY COUNTY
STATE OF OKLAHOMA

FEB 17 2022

Jodi Jennings, Court Clerk
By __GR__ Deputy

| | |
|---|---|
| Alfred D. Phelps III, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CJ–2022–1 |
| ) | |
| Kerr Machine Co., d/b/a Kerr Pumps and ) | |
| Flow Valve, ) | |
| ) | |
| Defendants ) | |

### ENTRY OF APPEARANCE

William W. Speed and Sheila Southard, of Braly, Braly, Speed & Morris, P.L.L.C., enter their appearances in the above-styled case as counsel for Defendant, Kerr Machine Co., d/b/a Kerr Pumps and Flow Valve, and pursuant to OKLA. STAT. TIT. 12, § 2012 reserve an additional twenty (20) days after February 17, 2022, to further answer herein.

William W. Speed, OBA# 19031
Sheila Southard, OBA# 21830
Braly, Braly, Speed & Morris
P.O. Box 2739
Ada, OK 74821
(580) 436-0871
Fax: (580) 436-0889

**Attorney for Defendant**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been served upon counsel of record via regular mail on February 17, 2022, at the following address:

Mark E. Hammons
Amber L. Hurst
Brandon D. Roberts
Hammons, Hurst & Associates
325 Dean A. McGee Avenue
Oklahoma City, OK 73102

*Attorney for Plaintiff*

William W. Speed

## Exhibit 4