**OKLAHOMA State Courts Network**

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

### IN THE DISTRICT COURT IN AND FOR MURRAY COUNTY, OKLAHOMA

| | |
|---|---|
| ALFRED D III PHELPS V. KERR MACHINE CO., D/B/A KERR PUMPS | **No. CJ-2022-00001**<br>**(Civil relief more than $10,000: WRONGFUL TERMINATION)**<br><br>Filed: 01/18/2022<br><br>Judge: DUCK, AARON |

## PARTIES

KERR MACHINE CO., D/B/A KERR PUMPS, Defendant
PHELPS,  ALFRED  D III, Plaintiff

## ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| HURST, AMBER L.<br>325 DEAN A MCGEE AVENUE<br>OKLAHOMA CITY , OK 73102<br><br>HAMMONS, MARK<br>325 DEAN A MCGEE AVENUE<br>OKLAHOMA CITY , OK 73102<br><br>ROBERTS, BRANDON<br>325 DEAN A MCGEE AVENUE<br>OKLAHOMA CITY , OK 73102<br><br>SPEED, WILLIAM W.<br>P.O.BOX 2739<br>ADA , OK 74821 | |

## EVENTS

None

## ISSUES

1. WRONGFUL TERMINATION

## DOCKET

| Date | Code | Description | Party | Count | Amount |
|---|---|---|---|---|---|
| **01-18-2022** | **[ TEXT ]** | | | | $ 163.00 |
| | | FILE & ENTER PETITION<br>Document Available (#CC22011800000200) 🗎TIFF  📄PDF | | | |
| | | LAW LIBRARY | | | $ 6.00 |
| | | DISPUTE MEDIATION | | | $ 7.00 |
| | | OCIS | | | $ 25.00 |
| | | LENGHTY TRIAL FUND | | | $ 10.00 |
| | | OK COURT APPOINTED SPECIAL ADVOCATES | | | $ 5.00 |
| | | 10% OF CASA TO COURT CLERK REVOLVING FUND | | | $ 0.50 |
| | | OK COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | | | $ 1.55 |
| | | 10% OF COJC TO COURT CLERK REVOLVING FUND | | | $ 0.16 |
| | | COURTHOUSE SECURITY FEE | | | $ 10.00 |
| | | 10% OF CHSC TO COURT CLERK REVOLVING FUND | | | $ 1.00 |
| | | STATE JUDICIAL REV. FUND INTERPRETER & TRANSLATOR SERVICES | | | $ 0.45 |
| | | 15% TO DISTRICT COURT REVOLVING FUND | | | $ 2.48 |

**Exhibit 5**

| | | |
|---|---|---|
| COURT CLERK PRESERVATION FUND | | $ 10.00 |
| **01-18-2022** [ TEXT ] | | $ 10.00 |
| | SUMMONS (ISSUED) AS FOLLOWS: BACK TO ATTORNEY TO | |
| | Document Available at Court Clerk's Office | |
| | SERVE: KERR MACHINE CO., D/B/A KERR PUMPS AND FLOW | |
| | VALVE | |
| **01-18-2022** [ TEXT ] | | |
| | ENTRY OF APPEARANCE: BRANDON D ROBERTS | |
| | Document Available (#CC22011800000210) TIFF   PDF | |
| **01-18-2022** [ TEXT ] | | |
| | ENTRY OF APPEARANCE: MARK HAMMONS | |
| | Document Available (#CC22011800000211) TIFF   PDF | |
| **01-18-2022** [ TEXT ] | | |
| | ENTRY OF APPEARANCE: AMBER L HURST | |
| | Document Available (#CC22011800000212) TIFF   PDF | |
| **02-07-2022** [ TEXT ] | | |
| | RETURN OF SERVICE | |
| | Document Available (#CC22020700000051) TIFF   PDF | |
| **02-17-2022** [ TEXT ] | | |
| | ENTRY OF APPEARANCE | |
| | Document Available (#CC22021700000129) TIFF   PDF | |